IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL RAMOS,<br><br>                Plaintiff,<br><br>v.<br><br>VERA MEDINA,<br><br>                Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No.  2:12-cv-00808<br><br>Judge Clark Waddoups |

The court assigned this case to Magistrate Judge Paul M. Warner on a 28 U.S.C. § 636(b)(1)(B) referral. Before the court is Judge Warner's Report and Recommendation dismissing Plaintiff's case. [Dkt. No 9.] Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure 72(b)(2), the parties were entitled to file any objection to the Report and Recommendation within fourteen (14) days after receipt thereof. No objections were filed. Accordingly, the court adopts the Report and Recommendation and orders Plaintiff's case dismissed.

SO ORDERED this 20th day of May, 2013.

BY THE COURT:

Clark Waddoups
United States District Judge